FILED IN CHAMBERS
U.S.D.C. - Rome

NOV 1 6 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

JULIO MARTINEZ-GUZMAN,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

CIVIL ACTION
NO. 4:10-CV-059-RLV

CRIMINAL ACTION
NO. 4:08-CR-03-RLV

### O R D E R

After carefully considering the report and recommendation of the magistrate judge, the court receives it with approval and adopts it as the opinion and order of this court.

SO ORDERED, this 16th day of November, 2010.

_____
ROBERT L. VINING, JR.
Senior United States District Judge